**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Sadek Law Offices, LLC
701 East Gate Dr., Ste 129
Mt. Laurel, NJ 08054
(856) 890-9003
Fax: (215) 545-0611
*Attorney for Debtor*

Order Filed on May 5, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

      Yveline Sertil

*Debtor*.

Case No.: 26-12278-JNP

Chapter: 13

Judge: Poslusny

Hearing: May 5, 2026 at 11:00AM
Oral Argument Waived

### Order Granting Motion to Allow 341(a) Meeting of Creditors
### as Required by 11 U.S.C. § 343

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: May 5, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon consideration of the Motion to Allow 341(a) Meeting of Creditors as Required by 11 U.S.C. § 343 filed by the Debtor, and for cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. Within ten (10) days of the date of this Order, the Trustee shall reschedule the 341(a) Meeting of Creditors.

3. If the Debtor fails to comply with the terms of this Order or fails to appear at the rescheduled 341(a) Meeting of Creditors, the Debtor's case shall be dismissed immediately upon the filing of a certification of non-compliance by the Trustee.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 26-12278-JNP

Yveline Sertil                                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 05, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2026:**

**Recip ID**      **Recipient Name and Address**
db      +   Yveline Sertil, 38 Comfort Road, Williamstown, NJ 08094-2969

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew L. Unterlack | on behalf of Creditor Hamilton Greene Homeowners Association  Inc. aunterlack@hillwallack.com, kgardiner@hillwallack.com |
| Jeanie D. Wiesner | on behalf of Debtor Yveline Sertil jeanie@sadeklaw.com  brad@sadeklaw.com;service@sadeklaw.com;ginna@sadeklaw.com;Wiesner.JeanieB140679@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5