Certificate Number: 03088-NJ-DE-041021090

Bankruptcy Case Number: 26-12278

03088-NJ-DE-041021090

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 26, 2026, at 10:10 o'clock PM CDT, Yveline Sertil completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: May 26, 2026

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor