B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## MAIN DISTRICT OF NEW JERSEY

In re YVELINE SERTIL

Case No. 26-12278

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Quantum3 Group LLC as agent for Sadino Funding LLC
Name of Transferee

Name and Address where notices to transferee should be sent:
Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788
Phone: (425) 242-7100

Last Four Digits of Acct #: 6473

PENTAGON FEDERAL CREDIT UNION
Name of Transferor

Court Claim # (if known): 13
Amount of Claim: 5,925.63
Date Claim Filed: 05/11/2026

Phone:

Last Four Digits of Acct #: 6473

Name and Address where transferee payments should be sent (if different from above):
Quantum3 Group LLC
PO Box 2489
Kirkland, WA 98083-2489

Phone: (425) 242-7100
Last Four Digits of Acct #: 6473

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Mailia Yang
Transferee/Transferee's Agent

Date: 06/18/2026

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571*.