UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Sadek Law Offices
701 East Gate Drive
Suite 129
Mount Laurel, NJ 08054
856-890-9003
Attorneys for Debtor

In Re:

Yveline Sertil
debtor

| | |
|---|---|
| Case No.: | 26-12278 |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | 09/02/2026 |
| Judge: | JNP |

## CERTIFICATION OF SERVICE

1. I, Early Arnold :

☐ represent ______________________ in this matter.

☒ am the secretary/paralegal for Jeanie D. Wiesner, who represents Debtor in this matter.

☐ am the ______________________ in this case and am representing myself.

2. On August 27, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Notice of Chapter 13 Case; Order Respecting Amendments to Schedules; Certification of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: August 27, 2026

/s/ Early Arnold
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Trustee<br>One Newark Center<br>1085 Raymond Blvd., Ste 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew Finberg<br>535 Route 38 - Suite 580<br>Cherry Hill NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Affirm, Inc.<br>650 California St Fl 12<br>San Francisco, CA 94108-2716<br><br>EZ Pass NJ<br>P.O. Box 4973<br>Trenton, NJ 08650 | Creditor<br><br><br><br>Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hamiton Green HOA<br>Attn: Associa Mid-Atlantic<br>14000 Horizon Way<br>Mount Laurel, NJ 08054 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101<br><br>Klarna<br>P.O. Box 8116<br>Columbus, OH 43201 | Creditor<br><br><br><br>Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| New Jersey Department of Labor<br>Benefits Payment<br>Control-Unemployment<br>P.O. Box 951<br>Trenton, NJ 08625 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| State of New Jersey Division of Taxation<br>P.O. Box 245<br>Trenton, NJ 08695-0245 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |