Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 26−12278−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Yveline Sertil
38 Comfort Road
Williamstown, NJ 08094

Social Security No.:
xxx−xx−7223

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 8, 2026.

Dated: October 8, 2026
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-12278-JNP
Yveline Sertil Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 5
Date Rcvd: Oct 08, 2026 Form ID: plncf13 Total Noticed: 64

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| @ | Recipients marked '@' were noticed on Oct 24, 2026. |
| > | Recipients marked '>' were noticed on Oct 10, 2026. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| @db | + | Yveline Sertil, 38 Comfort Road, Williamstown, NJ 08094-2969 |
| >521017986 | | CFNA, Attn: Bankruptcy, BK11 Customer Service, Cleveland, OH 44181-0315 |
| >521017985 | | Capital One Auto Finance, Capital, 1 Auto Finance Attn Bankruptcy 7933 Pres, Plano, TX 75024-2302 |
| @521017987 | | Citibank, N.A., Attn: Bankruptcy, 1 Tallman Ave, Canton, NY 13617-3604 |
| @521018004 | | Global Network, GCI 5360 College Blvd, Ste 200, Overland Park, KS 66211-1641 |
| @521042930 | + | Hamiton Green HOA, Attn: Associa Mid-Atlantic, 14000 Horizon Way, Mount Laurel, NJ 08054-4342 |
| @521018010 | + | NVR Mortgage, Attn: Bankruptcy, 5 Penn Ctr W Ste 400, Pittsburgh, PA 15276-0130 |
| @521018011 | | ORASCOPTIC, Attn: Bankruptcy, c/o AWA Collections PO Box 6605, Orange, CA 92863-6605 |
| @521018013 | | Rutgers The State University of NJ, 65 Davidson Rd, Rm 310, Piscataway, NJ 08854-5602 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 08 2026 21:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 08 2026 21:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521017981 | | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 08 2026 21:54:16 | Affirm, Inc., Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 521017982 | ^ | MEBN | Oct 08 2026 21:42:18 | Afterpay, 1955 Broadway, Ste 204, Oakland, CA 94612-2205 |
| 521334085 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 08 2026 21:54:13 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 521017983 | | Email/Text: BarclaysBankDelaware@tsico.com | Oct 08 2026 21:45:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 521018000 | | Email/Text: cfcbackoffice@contfinco.com | Oct 08 2026 21:45:00 | Continental Finance Co, Attn: Bankruptcy, PO Box 3220, Buffalo, NY 14240-3220 |
| 521017984 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 08 2026 21:54:12 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 521022525 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 08 2026 21:53:56 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 521044456 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 08 2026 21:53:56 | Capital One Auto Finance, a division of Capital |

| | | | | |
|---|---|---|---|---|
| | | | | On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 521017988 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 08 2026 21:54:08 | Citibank, N.A./Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, Saint Louis, MO 63179-0040 |
| 521017989 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 08 2026 21:54:08 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790046, Saint Louis, MO 63179-0046 |
| 521017990 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 08 2026 21:45:00 | Comenity Bank / the Limited, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 521017991 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 08 2026 21:45:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 521017992 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 08 2026 21:45:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 521017993 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 08 2026 21:45:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 521017994 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 08 2026 21:45:00 | Comenity Bank/Lane Bryant Cc, Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 521017995 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 08 2026 21:45:00 | Comenity Bank/New York & Co, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 521017996 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 08 2026 21:45:00 | Comenity Bank/Torrid, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 521017997 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 08 2026 21:45:00 | Comenity Bank/Ulta, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 521017998 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 08 2026 21:45:00 | Comenity Bank/Victoria's Secret, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 521017999 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 08 2026 21:45:00 | Comenity Capital Bank/Michael's, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 521018001 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 08 2026 21:54:04 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 521018007 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 08 2026 21:54:08 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 521042927 | + | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 08 2026 21:45:00 | EZ Pass NJ, P.O. Box 4973, Trenton, NJ 08650-4973 |
| 521018003 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 08 2026 21:54:05 | First Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 521088076 | ^ | MEBN | Oct 08 2026 21:43:11 | Hamilton Greene Homeowners Association Inc., c/o Hill Wallack LLP, 21 Roszel Road PO Box 5226, Princeton, NJ 08543-5226 |
| 521042931 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 08 2026 21:45:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521042488 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 08 2026 21:46:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 521062607 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 08 2026 21:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 521018005 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 08 2026 21:53:54 | JPMorgan Chase Bank, N.A., Attn: Bankruptcy, Chase Card Services PO Box 15299, Wilmington, DE 19850-5299 |

| | | | | |
|---|---|---|---|---|
| 521018006 | | Email/Text: customerservice.us@klarna.com | Oct 08 2026 21:45:00 | Klarna, P.O. Box 8116, Columbus, OH 43201 |
| 521022313 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2026 21:53:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521209255 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 08 2026 21:45:00 | Lakeview Loan Servicing, LLC, C/O Rocket Mortgage, LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 521018002 | | Email/Text: EBN@Mohela.com | Oct 08 2026 21:45:00 | Dept of Education/MOHELA, MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 521084605 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 08 2026 21:45:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 521018009 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 08 2026 21:45:00 | Nationstar/mr Cooper, Attn: Bankruptcy, MRC/United Wholesale M PO Box 619098, Dallas, TX 75261-9098 |
| 521042937 | + | Email/Text: DOLUIBANKRUPTCY@dol.nj.gov | Oct 08 2026 21:45:00 | New Jersey Department of Labor, Benefits Payment Control-Unemployment, P.O. Box 951, Trenton, NJ 08625-0951 |
| 521209021 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 08 2026 21:54:05 | Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |
| 521018012 | | Email/Text: bkrgeneric@penfed.org | Oct 08 2026 21:44:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, 2930 Eisenhower Ave, Alexandria, VA 22314-4557 |
| 521261280 | | Email/Text: bnc-quantum@quantum3group.com | Oct 08 2026 21:46:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 521261281 | + | Email/Text: bnc-quantum@quantum3group.com | Oct 08 2026 21:46:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 521200626 | | Email/Text: bnc-quantum@quantum3group.com | Oct 08 2026 21:46:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 521200644 | | Email/Text: bnc-quantum@quantum3group.com | Oct 08 2026 21:46:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 521045553 | + | Email/Text: ecfbnc@aldridgepite.com | Oct 08 2026 21:45:00 | Rocket Mortgage, LLC, Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 521042944 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 08 2026 21:45:00 | State of New Jersey Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 521018014 | | Email/Text: DeftBkr@santander.us | Oct 08 2026 21:46:00 | Santander Bank, Attn: Bankruptcy Dept MA1-MB3-01-09,, PO Box 841002, Boston, MA 02284-1002 |
| 521018015 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 08 2026 21:46:00 | Sprint, Attn: Bankruptcy, c/o Jefferson Capital Systems, LLC, 200 14th Ave E, Sartell, MN 56377-4500 |
| 521018016 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 08 2026 21:54:12 | Synchrony Bank/Hhgregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 521018017 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 08 2026 21:53:54 | Synchrony Bank/Pandora, Attn: Bankruptcy Department, PO Box 965065, Orlando, FL 32896-5065 |
| 521018018 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 08 2026 21:54:11 | Synchrony Bank/Tjx, Attn: Bankruptcy Dept, PO Box 965065, Orlando, FL 32896-5065 |
| 521018019 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 08 2026 21:53:54 | Synchrony Bank/Verizon, Attn: Bankruptcy Department, PO Box 965065, Orlando, FL 32896-5065 |

| | | | | |
|---|---|---|---|---|
| 521018020 | | Email/Text: bankruptcy@td.com | Oct 08 2026 21:46:00 | TD Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Marlton Pike E, Cherry Hill, NJ 08003-2390 |
| 521018021 | ^ | MEBN | Oct 08 2026 21:43:18 | Tenaglia & Hunt, P.A., Attn: Sumera S. Shaikh, Esq., 365 West Passaic St., Ste 405, Rochelle Park, NJ 07662-3014 |
| 521018008 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 08 2026 21:45:00 | mr Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |

TOTAL: 55

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521042905 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 521042906 | *+ | Afterpay, 1955 Broadway, Ste 204, Oakland, CA 94612-2205 |
| 521042907 | * | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 521042910 | * | CFNA, Attn: Bankruptcy, BK11 Customer Service, Cleveland, OH 44181-0315 |
| 521042924 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Continental Finance Co, Attn: Bankruptcy, PO Box 3220, Buffalo, NY 14240-3220 |
| 521042908 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 521042909 | * | Capital One Auto Finance, Capital, 1 Auto Finance Attn Bankruptcy 7933 Pres, Plano, TX 75024-2302 |
| 521042911 | * | Citibank, N.A., Attn: Bankruptcy, 1 Tallman Ave, Canton, NY 13617-3604 |
| 521042912 | * | Citibank, N.A./Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, Saint Louis, MO 63179-0040 |
| 521042913 | * | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790046, Saint Louis, MO 63179-0046 |
| 521042914 | * | Comenity Bank / the Limited, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 521042915 | * | Comenity Bank/Ann Taylor, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 521042916 | * | Comenity Bank/Ashley Stewart, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 521042917 | * | Comenity Bank/Kay Jewelers, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 521042918 | * | Comenity Bank/Lane Bryant Cc, Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 521042919 | * | Comenity Bank/New York & Co, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 521042920 | * | Comenity Bank/Torrid, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 521042921 | * | Comenity Bank/Ulta, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 521042922 | * | Comenity Bank/Victoria's Secret, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 521042923 | * | Comenity Capital Bank/Michael's, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 521042925 | * | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 521042934 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 521042928 | * | First Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 521042929 | * | Global Network, GCI 5360 College Blvd, Ste 200, Overland Park, KS 66211-1641 |
| 521042932 | * | JPMorgan Chase Bank, N.A., Attn: Bankruptcy, Chase Card Services PO Box 15299, Wilmington, DE 19850-5299 |
| 521042933 | *P++ | KLARNA INC, ATTN BANKRUPTCY, PO BOX 8116, COLUMBUS OH 43201-0116, address filed with court:, Klarna, P.O. Box 8116, Columbus, OH 43201 |
| 521042926 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Dept of Education/MOHELA, MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 521042938 | *+ | NVR Mortgage, Attn: Bankruptcy, 5 Penn Ctr W Ste 400, Pittsburgh, PA 15276-0130 |
| 521042936 | * | Nationstar/mr Cooper, Attn: Bankruptcy, MRC/United Wholesale M PO Box 619098, Dallas, TX 75261-9098 |
| 521042939 | * | ORASCOPTIC, Attn: Bankruptcy, c/o AWA Collections PO Box 6605, Orange, CA 92863-6605 |
| 521042940 | * | Pentagon Federal Credit Union, Attn: Bankruptcy, 2930 Eisenhower Ave, Alexandria, VA 22314-4557 |
| 521042941 | * | Rutgers The State University of NJ, 65 Davidson Rd, Rm 310, Piscataway, NJ 08854-5602 |
| 521042942 | * | Santander Bank, Attn: Bankruptcy Dept MA1-MB3-01-09,, PO Box 841002, Boston, MA 02284-1002 |
| 521042943 | * | Sprint, Attn: Bankruptcy, c/o Jefferson Capital Systems, LLC, 200 14th Ave E, Sartell, MN 56377-4500 |
| 521042945 | * | Synchrony Bank/Hhgregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 521042946 | * | Synchrony Bank/Pandora, Attn: Bankruptcy Department, PO Box 965065, Orlando, FL 32896-5065 |
| 521042947 | * | Synchrony Bank/Tjx, Attn: Bankruptcy Dept, PO Box 965065, Orlando, FL 32896-5065 |
| 521042948 | * | Synchrony Bank/Verizon, Attn: Bankruptcy Department, PO Box 965065, Orlando, FL 32896-5065 |
| 521042949 | * | TD Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Marlton Pike E, Cherry Hill, NJ 08003-2390 |
| 521042950 | *+ | Tenaglia & Hunt, P.A., Attn: Sumera S. Shaikh, Esq., 365 West Passaic St., Ste 405, Rochelle Park, NJ 07662-3014 |
| 521042935 | * | mr Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |

TOTAL: 0 Undeliverable, 41 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew L. Unterlack | on behalf of Creditor Hamilton Greene Homeowners Association Inc. aunterlack@hillwallack.com, kgardiner@hillwallack.com |
| Jeanie D. Wiesner | on behalf of Debtor Yveline Sertil jeanie@sadeklaw.com brad@sadeklaw.com;service@sadeklaw.com;ginna@sadeklaw.com;Wiesner.JeanieB140679@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6